UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK (JK2505)
JENNIFER L. DERING (JS4008)
ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ  08033-0968
Tel: (856) 795-2121
Fax: (856) 795-0574
Attorneys for Arrendale Associates, Inc.

| | |
|---|---|
| In re:<br><br>CHRIST HOSPITAL, a New Jersey not-for-profit corporation,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No: 12-12906 (TBA) |
| BERNARD A. KATZ, as Trustee of the Christ Hospital Liquidating Trust,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>ARRENDALE ASSOCIATES, INC.,<br><br>　　　　　　　Defendant. | Adversary No. 14-01103 (TBA) |

　　　　I, Jennifer L. Dering, hereby certify that on March 28, 2014, I caused copies of the

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, ARRENDALE

ASSOCIATES, INC. TO COMPLAINT TO AVOID AND RECOVER TRANSFERS OF

PROPERTY PURSUANT TO 11 U.S.C. § 547 and 550 AND TO DISALLOW CLAIMS

PURSUANT TO 11 U.S.C. § 502(d), to be served upon all parties on the attached service list by

regular first class mail.

     I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:  March 28, 2014            /s/ Jennifer L. Dering
                                                             JENNIFER L. DERING

## SERVICE LIST

Andrew H. Sherman, Esquire
Sills Cummis & Gross, PC
One Riverfront Plaza
Newark, NJ  07102

10897853v1